**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------X
                                                           :
MALIBU MEDIA, LLC,                                         :
                                                           :   Case No. 1:14-cv-10185-DAB
                        Plaintiff,                         :
                                                           :   Judge Batts
             vs.                                           :
                                                           :
                                                           :
JOHN DOE subscriber assigned IP address                    :
98.116.115.241,                                            :
                                                           :
                        Defendant.                         :
-----------------------------------------------------------X
```

**MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA**
**PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon FiOS, prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

                                                           Respectfully submitted,

                                  By:    /s/ Jacqueline M. James__
                                            Jacqueline M. James, Esq. (1845)
                                            The James Law Firm, PLLC
                                            445 Hamilton Avenue
                                            Suite 1102
                                            White Plains, New York 10601
                                            T: 914-358-6423
                                            F: 914-358-6424
                                            E-mail: jjameslaw@optonline.net
                                            *Attorneys for Plaintiff*

1