**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                              Civil Action No. 1:14-cv-10185-DAB

JOHN DOE, subscriber assigned IP address 98.116.115.241,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 98.116.115.241. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 2, 2015

                                                                Respectfully submitted,

                                                                By:   /s/ *Jacqueline M. James*
                                                                 Jacqueline M. James, Esq.
                                                                 jjameslaw@optonline.net
                                                                 The James Law Firm PLLC
                                                                 445 Hamilton Avenue
                                                                 Suite 1102
                                                                 White Plains, New York 10601
                                                                 Telephone: 914-358-6423
                                                                 Facsimile: 914-358-6424
                                                                 *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By:  /s/ *Jacqueline M. James*
      Jacqueline M. James